UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BARRY C. STEIBER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00545-KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Barry C. Steiber</u>; Case <u>2:11-cr-00545-KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　__　Bail Posted in the Sum of _____

　　_X_　Unsecured Appearance Bond in the amount of <u>$25,000.</u>

　　__　Appearance Bond with 10% Deposit

　　__　Appearance Bond secured by Real Property

　　__　Corporate Surety Bail Bond

　　_X_　(Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  *December 27, 2011* at  *2:50 p.m.*

By _____
Dale A. Drozd
United States Magistrate Judge