HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
BARRY C. STEIBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 11-0545-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: PRETRIAL SERVICES CONDITION |
| BARRY C. STEIBER, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

Mr. Steiber must self-surrender to the Bureau of Prisons by March 26, 2014 at 2:00 p.m. The Bureau of Prisons has designated him to a federal institution in Midland, Texas. Because of the time of self-surrender and the need to drive to the prison, Mr. Steiber must fly out of Sacramento the day before, on March 25, 2014. However, the current pretrial services condition related to electronic monitoring requires court permission to remove the equipment from Mr. Steiber prior to his flight to Texas, because that will be more than 12 hours prior to his self-surrender.

The parties stipulate and request that the Court authorize pretrial services to remove Mr. Steiber's electronic monitoring equipment on March 25, 2014, the day before his self-surrender.

-1-

The Pretrial Services Office concurs with this request. A proposed order is attached below for the Court's convenience.

DATED:                                          HEATHER E. WILLIAMS
                                                   Federal Defender

                                                   /s/  Rachelle Barbour
                                                   RACHELLE BARBOUR
                                                   Attorney
                                                   Attorneys for BARRY STEIBER

DATED:                                          BENJAMIN WAGNER
                                                   United States Attorney

                                                   /s/ Matthew Morris
                                                   MATTHEW MORRIS
                                                   Assistant United States Attorney

**ORDER**

The Court hereby authorizes the Pretrial Services Office to remove Mr. Steiber's electronic monitoring equipment on March 25, 2014, the day before his self-surrender to the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  March 17, 2014

                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Steiber0545.stipord.removalEM